CINCINNATI BAR ASSOCIATION *v.* SLATTERY.

[Cite as *Cincinnati Bar Assn. v. Slattery* (1996), 74 Ohio St.3d 209.]

(No. 95–841—Submitted September 27, 1995—Decided January 10, 1996.)

210

212

*Peter Rosenwald* and *James J. Condit,* for relator.

*James H. Coogan,* for respondent.

*Per Curiam.* Upon review of the record, we concur in the board's findings that respondent violated DR 1–102(A)(6), 6–101(A)(3) and 9–102(A)(2), as well as Gov.Bar R. X. We also agree, in the main, with the board's recommendation; however, we consider a two-year probation period more appropriate for the public's protection. Moreover, consistent with relator's suggested sanction, we are inclined to credit respondent for the purpose of his actual suspension period from December 16, 1994, the date on which he conscientiously entered the Prospect House and had already ceased practicing law on his own accord. Therefore, we order that respondent be suspended from the practice of law in Ohio for two years; however, one year of this sanction is suspended, respondent is placed on probation for two years under the conditions established by the

board, and the period of his actual suspension is deemed to have commenced on December 16, 1994. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., concurs in part and dissents in part.

COOK, J., concurring in part and dissenting in part. I concur with the sanction imposed by the majority, with the exception that I would impose two years of actual time suspended from the practice of law.